# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ARTHUR, | § § § | |
| Plaintiff, | § § | No.: 3:19-CV-249 |
| | § | *Jury Trial Demanded* |
| vs. | § § | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | § § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes the Plaintiff and stipulates the dismissal of his Complaint against the Defendant pursuant to Rule 41(a)(1)(a)(ii). This stipulation is intended to dismiss the Complaint against the Defendant with full prejudice. By agreement, each party will be responsible for their own discretionary costs.

ENTER this 21st day of August, 2020.

_____
The Honorable Pamela L. Reeves
United States District Court Judge

**APPROVED FOR ENTRY:**

H. CHRISTY LAW FIRM

S/ Charles Edward Sorey, II
1000 Highland Colony Parkway, Suite 5203
Ridgeland, Mississippi 39157
(601) 341-6229-Office
Email: eddysorey@gmail.com

AND

WILLIAM B. HICKY, ATTORNEY AT LAW

S/ William B. Hicky, Esq., BPR #25452
Two American Center
3102 West End Avenue, Suite 400
Nashville, Tennessee 37203
(615) 324-8777-Office
(615) 6912-8818-Fax
E-Mail: will@hickylaw.com

*ATTORNEYS FOR PLAINTIFF*


BAKER, O'KANE, ATKINS & THOMPSON, PLLP

S/ John W. Baker, Jr., Esq., BPR #001261
Emily L. Herman-Thompson, Esq., BPR #021518
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com
E-Mail: ethompson@boatlf.com

*ATTORNEYS FOR DEFENDANT*